UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD E. KARR,

        Plaintiff,

    v.                  CIV. NO. S-06-599 RRB DAD

D.K. SISTO, et al

        Defendant.
_____/

RICHARD E. KARR,

        Plaintiff,

    v.                  CIV. NO. S-07-510 WBS KJM

D.K. SISTO, et al

        Defendant.
_____/

RICHARD E. KARR,

        Plaintiff,

    v.                  CIV.NO.S-07-1773 MCE EFB

D.K. SISTO, et al
_____/

1  A Notice of Related Cases was filed concerning the above-
2 captioned cases on April 16, 2007.  <u>See</u> Local Rule 83-123 (E.D.
3 Cal. 2005).  On review of the cases, the court finds that the
4 cases ought not be related or reassigned.  This order is issued
5 for informational purposes only, and shall have no effect on the
6 status of the cases, including any previous Related (or Non-
7 Related) Case Order of this court.
8  IT IS SO ORDERED.
9  DATED: November 20, 2007

/s/ Ralph R. Beistline
RALPH R. BEISTLINE
United States District Judge