1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                                  **SACRAMENTO DIVISION**

11

12   RICHARD E. KARR,                          )      Case No.  2:07-CV-01773-MMS
                                               )
13                        Petitioner,          )      ORDER TO SHOW CAUSE
                                               )
     v.                                        )
14                                             )
     D.K. SISTO, Warden, et al.,               )
15                                             )
                         Respondents.          )
16   _____ )

17

18          Petitioner is a state prisoner proceeding pro se with a petition for writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the California

20   Board of Parole Hearing's determination that he is unsuitable for parole, in part

21   because of the circumstances of his crime.  Such a claim is cognizable in federal

22   court under the Ninth Circuit decision in Hayward v. Marshall, 512 F.3d 536 (9th

23   Cir. 2008).  On May 16, 2008, the Ninth Circuit granted rehearing en banc in

24   Hayward, and the case was argued on June 24, 2008.

25          Accordingly, IT IS HEREBY ORDERED that within thirty days of the date

26   of this order, the parties shall show cause why this action should not be

27   administratively stayed pending the Ninth Circuit's decision in Hayward v.

28   Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, 527 F.3d 797 (9th

Cir. 2008).  On May 16, 2008, the Ninth Circuit granted rehearing en banc in

Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008).

DATED:     March 6, 2009


/s/ *Mary M. Schroeder*
MARY M. SCHROEDER,
United States Circuit Judge
Sitting by designation

2