1
2
3
4
5
6
7
8         **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                **SACRAMENTO DIVISION**

11

12   RICHARD E. KARR,                    )        Case No.  2:07-CV-01773-MMS
                                          )
13                      Petitioner,       )        ORDER
     v.                                   )
14                                        )
     D.K. SISTO, Warden, et al.,          )
15                                        )
                        Respondents.      )
16   _____ )

17

18        On April 7, 2009, this case was stayed pending the outcome of the en banc decision in

19   *Hayward v. Marshall*.  The Ninth Circuit has issued its opinion in this case.  *See Hayward v.*

20   *Marshall*, – F.3d –, 2010 WL 1664977, (9th Cir. 2010) (en banc).  The parties are directed to file

21   simultaneous memoranda within thirty (30) days of this order on the applicability of *Hayward* to

22   the pending petition.  Briefs shall not exceed 2,000 words.

23        DATED:        June 1, 2010

24

25                                        /s/ *Mary M. Schroeder*
                                          MARY M. SCHROEDER,
26                                        United States Circuit Judge
                                          Sitting by designation
27

28